## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| J.H.M. by and through her Guardian ad Litem, Donna Moran | ) ) ) | CIVIL ACTION NUMBER: **2:21-cv-549-BHH** [State Civil Action Number: 2021-CP-18-00081] |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| South Carolina Department of Social Services, Nathronia Carr, Laquesha Johnson, Travis Lincoln, Pauline Traverse, Stephanie Kee, Sandra Clark, Teresa Brown, Kyshia Simpkins, Jessica Edwards, Damien Massey, Senora Waiters and Ariel Taylor | ) ) ) ) ) ) ) ) ) | **NOTICE OF REMOVAL** |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. § 1446, Defendants Teresa Brown, Damien Massey, Senora Waiters and Ariel Taylor invoke the jurisdiction of the United States District Court for the District of South Carolina and state the following grounds for removal:

1.       The above-entitled action was brought in the Court of Common Pleas, County of Orangeburg, by the Plaintiff to recover from these Defendants a judgment as reflected in the Complaint for allegations of violations of her constitutionally protected rights.  Specifically, the Plaintiff has alleged violations of her rights as protected by the Fourteenth Amendment to the Constitution of the United States, and has asserted causes of action under 42 U.S.C. § 1983.  The Plaintiff has also raised state law claims sounding in tort.

2.       Upon information and belief, at the time of commencement of the action and at all times since then, the Plaintiff is a resident of the State of South Carolina.

3.       Defendants Teresa Brown, Damien Massey, Senora Waiters and Ariel Taylor shall pay all costs and disbursements incurred by reason of the removal proceedings should it be determined that the said action was not removable or was improperly removed.  Pursuant to United

States Code Ann. 28 U.S.C. § 1331, the District Courts have original jurisdiction in all civil actions arising under the Constitution, laws, or treaties of the United states.  This action alleges federal claims which come within the original jurisdiction of the United States District Court.

4.       Upon information and belief, said action was commenced by the service of a Summons and Complaint, attached hereto, upon Defendants Teresa Brown, Damien Massey, Senora Waiters and Ariel Taylor on February 18, 2021 and that this Notice of Removal is filed pursuant to 28 U.S.C. § 1446 within thirty (30) days of the receipt by these Defendants of the initial pleading setting forth the demand upon which relief is claimed.

5.       That the attorney of record for Defendants Teresa Brown, Damien Massey, Senora Waiters and Ariel Taylor signs this Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendants Teresa Brown, Damien Massey, Senora Waiters and Ariel Taylor prays that this Court accept this Notice of Removal, which is being filed, and that this Honorable Court take jurisdiction of the above-entitled cause and all further proceedings in said cause in the Court of Common Pleas, County of Orangeburg, State of South Carolina bearing Civil Action Number 2021-CP-18-00081be stayed.

DAVIDSON, WREN & DEMASTERS, P.A.


BY: s/William H. Davidson, II
     WILLIAM H. DAVIDSON, II    ID #: 425
     1611 Devonshire Drive, 2nd Floor
     Post Office Box 8568
     Columbia, South Carolina 29202
     wdavidson@dml-law.com
     (803) 806-8222

ATTORNEY FOR DEFENDANTS


COLUMBIA, SOUTH CAROLINA

February 23, 2021